UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05CR0436-JM |
| | ) | |
| Plaintiff, | ) | ORDER TO PERMIT FILING OF |
| | ) | MOTIONS IN LIMINE EXCEEDING PAGE |
| v. | ) | NUMBER RESTRICTION |
| | ) | |
| STEVAN PEDROARENA (1), | ) | |
| | ) | |
| MARIA DEL CARMEN PEDROARENA (2), | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Government may file its motions in limine which exceeds the page-number restriction.

DATED: February 25, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge