# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>STEVAN CHARLES PEDROARENA (1),<br>aka Esteban Carlos Pedroarena Toomey,<br>MARIA DEL CARMEN PEDROARENA (2),<br><br>     Defendants. | Criminal Case No. 05CR0436 JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING FROM SEPTEMBER 19, 2008 TO NOVEMBER 21, 2008**<br><br>Judge: Hon. Jeffrey T. Miller<br>       Courtroom 16 |

## <u>ORDER</u>

Based on the joint motion of Defendant Stevan Pedroarena and Plaintiff United States of America, by and through their respective counsel,

**IT IS HEREBY ORDERED** that Stevan Pedroarena's sentencing be continued from September 19, 2008 to *November 21, 2008, at 9:00 a.m.*

DATED: August 21, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

- 1 -